

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lacarrian Terrel Gordon, Appellant

No. 06-24-00123-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49,009-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs by deleting the $348.50 assessment for attorney fees for the adjudication proceeding. As modified, we affirm the judgment of the trial court.

We note that the appellant, Lacarrian Terrel Gordon, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 5, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk